JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| JOSE REFUGIO CARBAJAL RAMIREZ, | Case No. CV 24-4444-MEMF(AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GINA JOHNSON, et al. | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED:  August 26, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE